UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAPASSARA SUKSATAN (A-009-170-619),

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-4946 DAD CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 14, 2026, respondents filed a status report stating that petitioner was removed from the United States on September 22, 2026 pursuant to petitioner's request for voluntary departure. (ECF No. 12.) Therefore, petitioner is granted 14 days to show cause why this action should not be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: October 15, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Susk4946.osc.imm/2